# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robin Michelle Mote <br> *Plaintiff* <br> v. <br> Nancy A. Berryhill , Acting Commissioner of Social Security <br> *Defendant* | ) ) ) ) ) ) )  Civil Action No.  5:16-2388-RBH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court reverses and remands the Commissioner's final decision for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell United States District Judge, who adopted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:  July 13, 2017

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance

*Signature of Clerk or Deputy Clerk*